UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORVIN J. YOUNG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHUCK WRIGHT, Sheriff,<br><br>　　　　Respondent. | No.  2:24-cv-1524 CKD P<br><br>ORDER and FINDINGS & RECOMMENDATIONS |

　　　　Petitioner, detained in Spartanburg County, South Carolina, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.  Good cause appearing, the request to proceed in forma pauperis will be granted.

　　　　Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus.  Because nothing suggests petitioner was convicted in this district, and he is not presently confined here, this court does not have jurisdiction to entertain his habeas petition.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Petitioner's application to proceed in forma pauperis is granted; and

　　　　2.  The Clerk of the Court assign a district court judge to this case.

/////

/////

1

     IT IS HEREBY RECOMMENDED that petitioner's petition for a writ of habeas corpus be dismissed for lack of jurisdiction.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal.

Dated: June 10, 2024

                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

1/kly
youn1524.108b