UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORVIN J. YOUNG,<br><br>   Petitioner,<br><br>  v.<br><br>CHUCK WRIGHT,<br><br>   Respondent. | No. 2:24-cv-1524 DJC CKD P<br><br><br>ORDER |

  Petitioner, a South Carolina prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On June 10, 2024, the Magistrate Judge filed findings and recommendations herein which were served on petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

  The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and

1

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 10, 2024, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus is dismissed for lack of jurisdiction; and

3. Petitioner's motion to relieve attorney Beverly Jones (ECF No. 7) in a case petitioner does not identify is denied; and

4. Petitioner's Motion to Appoint Counsel (ECF No. 9) is denied; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 14, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

youn1524.jo

2